IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES E. SPANGLER,

                Plaintiff,

v.                                                         ORDER

DONNA PITTMAN, STACY ROSE,                         16-cv-312-jdp
RON CRAMER, and MICHAEL KLOTZ,

                Defendants.

---

A new schedule was set in this case after the court was unable to find pro bono counsel willing to represent plaintiff Charles Spangler. But the court has now located counsel willing to represent Spangler, so I will strike the current schedule. Because of the complexity of the medical issues in this case, I expect that the new schedule will include time for additional discovery and new deadlines for disclosure of experts.

Attorney Jeff Scott Olson has agreed to represent Spangler, with the understanding that he will serve with no guarantee of compensation for his services. It is the court's intention that the scope of representation extends to proceedings in this court only. "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

Spangler should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit counsel to exercise his professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Spangler does not have the right to require counsel to raise frivolous arguments or to follow every directive that

he makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. If Spangler decides at some point not to work with this lawyer, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

ORDER

IT IS ORDERED that the current schedule is STRUCK. The clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered May 18, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge